**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00365-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RAYMOND CHAUVIN,

       Defendant.

**ORDER REINSTATING ORIGINAL TERM OF SUPERVISED RELEASE**

       This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release.  On December 2, 2005, defendant admitted to alleged Violation No. 3 (Possession and Use of a Controlled Substance) in the probation officer's petition.

       ORDERED that the defendant's supervision be reinstated to the original term, and that all previously imposed conditions of supervision other than the home detention special condition, remain in full force an effect.

       FURTHER ORDERED that the defendant continue to reside at the Independence House Community Corrections Center.

       DATED at Denver, Colorado, on December 9, 2005.

                                          BY THE COURT:

                                          /s/ Walker D. Miller
                                          United States District Judge

PDF FINAL