IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. ~~05-CR-00365-WDM~~   *05-Cr-00365-WDM*

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RAYMOND A. CHAUVIN,

     Defendant.

---

### FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS FOR ORDER OF DETENTION

This matter comes before the court on April 25, 2006, for preliminary hearing on the Petition to Revoke Supervised Release and detention hearing. The government was represented by AUSA James Hearty. Defendant Chavuvin was in custody represented by Federal Public Defender Warren Williamson.

As to the issue of probable cause, the court finds that probable cause has been established concerning the Petition to Revoke Supervised Release based upon the written waiver by preliminary hearing by Defendant.

Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, Defendant Chauvin has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings. In sum, there has been no evidence presented by Defendant Chauvin to suggest that he will appear at future court appearances.

Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

Done this 25th day of April 2006.

BY THE COURT

S/ Michael J. Watanabe
Michael J. Watanabe

U.S. Magistrate Judge